**Electronically Filed
Supreme Court
SCAD-10-0000196
03-JAN-2011
02:22 PM**

SCAD-10-0000196

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

THOMAS D. COLLINS, III, Respondent.

---

ORIGINAL PROCEEDING
(ODC 10-044-8878)

<u>ORDER OF PUBLIC CENSURE</u>
(By: Recktenwald, C.J., Nakayama, Acoba and Duffy, JJ.,
and Intermediate Court of Appeals Chief Judge Nakamura,
assigned by reason of vacancy)

This court has received the Disciplinary Board's Report and Recommendation for the Public Censure of Respondent Thomas D. Collins, III. In consideration of the report and the stipulations in support of the report, it appears that Respondent Collins was convicted of several counts of failure to file state income and general excise tax returns and that the convictions were entered upon deferred acceptance of guilty and deferred acceptance of no contest pleas. Respondent Collins stipulated that his failures to file tax returns violated Rule 8.4(a) and 8.4(b) of the Hawai‘i Rules of Professional Conduct. Consequently, a public censure is warranted. Therefore,

IT IS HEREBY ORDERED that Respondent Thomas D. Collins, III, is Publicly Censured.

DATED: Honolulu, Hawaiʻi, January 3, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Craig H. Nakamura

